Form defntc

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Joseph Eugene Wapniarski
853 East Prairie Avenue
Des Plaines, IL 60016
SSN: xxx–xx–2240 EIN: N.A.

Case No. : 17–32500
Chapter : 7
Judge : Donald R Cassling

## DEFICIENCY NOTICE

To the Debtor(s) and his attorney, if any: Notice of Deficiency given to Debtor(s) that the following document(s) were due at the time of filing and are deficient:

- ☐ Voluntary Petition. Please file the Voluntary Petition using the event Voluntary Petition to Correct Petition PDF
- ☐ Statement About Your Social Security Numbers
- ☐ List of Name and Addresses of All Creditors/Creditor Matrix
- ☐ Application for Individual to Pay the Filing Fee in Installments/Orders
- ☐ Application to Have the Chapter 7 Filing Fee Waived/Orders
- ☐ Certification of Relatedness (applicable to related cases)
- ☐ Fees Due
- ☐ Notice of Motion and Motion for Waiver of Credit Counseling
- ☑ Signature(s) of Debtor(s) are missing from the Voluntary Petition. Please file the signature page(s) as an Attachment to the Voluntary Petition
- ☑ Signature(s) of Debtor(s) are missing from Statement About Your Social Security Numbers. Please re–file as Amended
- ☐ Signature(s) of Debtor(s) are missing from Application for Individual to Pay the Filing Fee in Installments/Order. Please re–file as Amended
- ☐ Signature(s) of Debtor(s) are missing from Application to have the Chapter 7 Filing Fee Waive/Order. Please re–file as Amended
- ☐ Signature(s) of Debtor(s) are missing from Declaration About an Individual Debtor(s) Schedules. Please re–file as Amended

For additional information, please access the United States Court's website at
http://www.uscourts.gov/forms/bankruptcy–forms/required–lists–schedules–statements–and–fees (B 2000, Required List, Schedules, Statements and Fees). If you are represented by an attorney, please contact your attorney for guidance. If you have any questions about the deficiency, please call 312–408–5000.

FOR THE COURT

Dated: October 31, 2017

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court